IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOSE A. FLORES, on behalf of himself and all others similarly situated,<br>*Plaintiff,*<br><br>v.<br><br>MIDWAY OILFIELD CONSTRUCTORS, INC. d/b/a<br>MIDWAY ENERGY SERVICES,<br>*Defendant.* | §§§§§§§§§§     CIVIL ACTION NO.<br>2:17-CV-00312-JRG-RSP |

### AGREED MOTION FOR APPROVAL OF SETTLEMENT AND ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Jose A. Flores ("Flores"), Opt-In Plaintiffs Gabriel Galvan Diaz, Pedro Juracan Cornelio, and Arturo Ferretiz Navarro ("Opt-In Plaintiffs"), and all others similarly situated (collectively, "Plaintiffs") and Defendant Midway Oilfield Constructors, Inc. d/b/a Midway Energy Services ("Defendant"; together with Plaintiffs, the "Parties") and move the Court to approve the settlements entered into by, between, and among Defendant and Plaintiffs as to all claims against Defendant and to enter an Order of Dismissal With Prejudice accordingly, and in support of this motion, respectfully shows:

### I.
#### FACTUAL BACKGROUND

On April 14, 2017, Flores filed the above captioned lawsuit (the "Dispute") to recover wages that allegedly should have been paid in accordance with the Fair Labor Standards Act ("FLSA"). Flores' Complaint alleges that Defendant violated the FLSA by failing to pay for all hours of work at the FLSA rates required in connection with the driving to other employees' homes, picking them up for work, shuttling to them to and from work, and dropping them off at home at the end of the day.

On November 27, 2017, the Court granted Flores' Motion for Conditional Certification wherein the class was defined as "All of [Midway's] current and former hourly-paid workers who, during any week from April 1, 2014, worked as a tool pusher for [Midway]" and notices were sent to putative class members. Only the Opt-In Plaintiffs were identified as the only potential opt-in plaintiffs by the Parties.

On March 7, 2018, the Parties mediated the Dispute and ultimately reached a settlement agreement on May 29, 2018. Pursuant to the terms of the Parties' Settlement Agreement and General Releases (the "Settlements"), Defendant now seeks the Court's approval of the Settlement and moves for an Order of Dismissal with Prejudice in accordance with the same.

## II.
### REQUEST FOR APPROVAL OF SETTLEMENT

The Dispute between the Parties has been compromised and settled, subject to the approval of this Court, consisting of a lump-sum cash payment to Plaintiffs within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

Wherefore, the Parties respectfully request the Court to approve of the Parties' Settlements and enter an order confirming the same.

## III.
### REQUEST FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

The terms, conditions, risks, and tax consequences of the Settlements have been explained to Plaintiffs. Further, Plaintiffs have agreed to the Settlements and understand that they will be dismissing all claims with prejudice should the Court approve of the Settlements. Plaintiffs understand and accept the risks inherent to the Settlement and the tax consequences of the same.

Wherefore, the Parties respectfully request that the Court enter an Order of Dismissal with Prejudice accordingly.

        Respectfully submitted,

        **THE MCGUIRE LAW FIRM, P.C.**
        102 N. College St., Suite 301
        Tyler, Texas 75702
        Telephone: (903) 630-7154

        By:   */s/ Shane McGuire*
            Shane McGuire
            State Bar No. 24055940
            Email: shane@mcguirefirm.com
            Daniel Cook
            State Bar No. 24097525
            Email: daniel@mcguirefirm.com

        **ATTORNEY FOR PLAINTIFFS**

        **WEST, WEBB, ALLBRITTON & GENTRY, P.C.**
        1515 Emerald Plaza
        College Station, Texas 77845-1515
        Telephone: (979) 694-7000
        Facsimile: (979) 694-8000

        By:   */s/ Gaines West*
            GAINES WEST
            State Bar No. 21197500
            Email: gaines.west@westwebblaw.com
            JOHN "JAY" RUDINGER, JR.
            State Bar No. 24067852
            Email: jay.rudinger@westwebblaw.com
            PADON D. HOLT
            State Bar No. 24093619
            Email: padon.holt@westwebblaw.com

        **ATTORNEYS FOR DEFENDANT**