# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JOSE A. FLORES, on behalf of himself and all others similarly situated,<br>*Plaintiff,*<br><br>v.<br><br>MIDWAY OILFIELD CONSTRUCTORS, INC. d/b/a MIDWAY ENERGY SERVICES,<br>*Defendant.* | § § § § § § § § § § § | CIVIL ACTION NO.<br>2:17-CV-00312-JRG-RSP |

## ORDER OF APPROVAL OF SETTLEMENT
## AND ORDER OF DISMISSAL WITH PREJUDICE

On this 2nd day of July, 2018, came on to be heard Plaintiff Jose A. Flores ("Flores"), Opt-In Plaintiffs Gabriel Galvan Diaz, Pedro Juracan Cornelio, and Arturo Ferretiz Navarro ("Opt-In Plaintiffs"), and all others similarly situated (collectively, "Plaintiffs") and Defendant Midway Oilfield Constructors, Inc. d/b/a Midway Energy Services' ("Defendant"; together with Plaintiffs, the "Parties") Agreed Motion for Approval of Settlement and Entry of Order of Dismissal (the "Motion").

The Court, after considering the pleadings, evidence, and arguments of counsel, is of the opinion that the settlement between the Parties in the above captioned lawsuit is fair and just. The Court further finds that the Order of Dismissal with Prejudice is meritorious and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the settlement as described therein between Plaintiffs and Defendant is in all things APPROVED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that all claims asserted by Plaintiffs against Defendant are hereby dismissed with prejudice. Each party shall pay their own court costs with regard to the claims dismissed by this Order.

**SIGNED this 2nd day of July, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE